UNITED STATES v. WADLEIGH. UNITED STATES v. WINTER & SMILLIE. (Circuit Court of Appeals, Second Circuit. March 9, 1910.) Nos. 166, 167 (5,345, 5,346). Appeals from the Circuit Court of the United States for the Southern District of New York. For decision below, see 172 Fed. 169, affirming a decision by the Board of United States General Appraisers, G. A. 6,809 (T. D. 29,266), which had reversed the assessment of duty by the collector of customs at the port of New York. D. Frank Lloyd, Asst. Atty. Gen., for the United States. B. A. Levett, for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decision affirmed.

UNITED STATES FIDELITY & GUARANTY CO. v. LOEWENSTEIN. (Circuit Court of Appeals, Fourth Circuit. May 21, 1910.) No. 959. In Error to the Circuit Court of the United States for District of Maryland, at Baltimore. Richard H. Bland (Bartlett, Claggett & Bland, on the brief), for plaintiff in error. W. Harry Holmes (Bruner R. Anderson, on the brief), for defendant in error. Before GOFF and PRITCHARD, Circuit Judges, and BOYD, District Judge.

PER CURIAM. We have carefully considered the assignments of error herein, and in view of the circumstances surrounding this case, as well as the statute in pursuance of which this proceeding was instituted, we are of opinion that substantial justice has been done, and that the learned judge who heard this case was not in error. Therefore the judgment of the lower court should be affirmed.